
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
NOV 2 0 2024
BY JM
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) NO. | 3:24-cr-00203 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924 |
| BRYAN ODELL HUNTER | ) | 18 U.S.C. § 924(a)(2) |

# I N D I C T M E N T

### COUNT ONE

THE GRAND JURY CHARGES:

On or about October 24, 2023, in the Middle District of Tennessee, the defendant, **BRYAN ODELL HUNTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, ammunition, to wit: .45 Auto cartridge cases bearing head-stamp indicating "SIG."

Before **BRYAN ODELL HUNTER** committed the offense charged in this count, **BRYAN ODELL HUNTER** had at least three previous convictions for offenses committed on occasions different from one another.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about October 24, 2023, in the Middle District of Tennessee, the defendant, **BRYAN ODELL HUNTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a

firearm, to wit: an Anderson Manufacturing rifle, Model: AM-15, Caliber: Multi; and a Bonifacio Echeverria (Star) pistol, Model: Firestar, Caliber .45 ACP.

Before **BRYAN ODELL HUNTER** committed the offense charged in this count, **BRYAN ODELL HUNTER** had at least three previous convictions for offenses committed on occasions different from one another.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about October 24, 2023, in the Middle District of Tennessee, the defendant, **BRYAN ODELL HUNTER**, did knowingly possess a machinegun, that is, a Glock-type conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count Two, **BRYAN ODELL HUNTER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of the offense, including the Anderson Manufacturing rifle, Model: AM-15, Caliber: Multi and Bonifacio Echeverria (Star) pistol, Model: Firestar, Caliber .45 ACP, and related ammunition.

3. Upon conviction of Count Three, **BRYAN ODELL HUNTER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United

States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of the offense, including the Glock-type conversion device.

A TRUE BILL

███████████
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*/s/ Rachel M. Stephens*
RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY